UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER CICERO and SARA CICERO, | CASE NO. C19-1457-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant filed its motion to dismiss party on September 19, 2019. (Dkt. No. 12.) Plaintiffs filed their motion to remand on September 26, 2019. (Dkt. No. 13.) The Clerk is DIRECTED to renote Defendant's motion to dismiss party (Dkt. No. 12) to October 18, 2019. *See* W.D. Wash. Local Civ. R. 7(l).

DATED this 10th day of October 2019.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk